U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 JUN 17 P 4: 24

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Dwayne Reddick

   v.         Case No. 05-cv-132-PB

Hillsborough County Dept. of Corrections, et al

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated May 25, 2005, no objection having been filed.

SO ORDERED.

June 17, 2005

              Paul Barbadoro
              United States District Judge

cc: Dwayne Reddick, Pro se.